# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Cora Denise Rogers Norris, | ) | |
| | ) | Civil Action No. 8:14-cv-01070-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon motion by Plaintiff, through her attorney, Hannah Rogers Metcalfe, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. On July 13, 2016, Plaintiff filed a motion for Attorney's Fees [ECF No. 38] pursuant to 28 U.S.C. § 2412, seeking reimbursement for Counsel's representation in the captioned matter in the amount of $8,248.52 in fees at a rate of $185.36 per hour. In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of $7,500.00 in attorney's fees is reasonable and should be awarded in this case. [ECF No. 42.]

The court has reviewed Plaintiff's Petition for Attorney's Fees [ECF No. 38] and the Stipulation for an Award of Attorney's Fees [ECF No. 42] and finds the fees reasonable.

Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the amount of $7,500.00.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

October 24, 2016
Columbia, South Carolina